**Amended Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 13, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00713-CV

_____

### IN RE A.E., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-27841**

---

## MEMORANDUM OPINION

On December 10, 2021, relator A.E. filed an amended petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Janice Berg,

presiding judge of the 247th District Court of Harris County, to set aside her November 10, 2021 order denying his special appearance.[1]

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's amended petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher and Justices Zimmerer and Wilson.

---

[1] *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(7) (providing that interlocutory order granting or denying special appearance may appealed, "except in a suit brought under the Family Code").